IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GUIMERFE, INC.<br><br>Plaintiff<br><br>vs<br><br>ROSA PEREZ-PERDOMO in her official capacity as Secretary of the Puerto Rico Health Department,<br>RYDER MEMORIAL HOSPITAL and HOSPICIO SAN LUCAS<br><br>Defendants | CIVIL 08-1243CCC |

## PARTIAL JUDGMENT

For the reasons stated in our Opinion and Order of this same date, it is ORDERED and ADJUDGED that all claims against Rosa Perez-Perdomo in her official capacity as Secretary of the Puerto Rico Health Department be, and are hereby, DISMISSED.

SO ORDERED.

At San Juan, Puerto Rico, on March 31, 2009.

S/CARMEN CONSUELO CEREZO
United States District Judge