IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GUIMERFE, INC.<br>Plaintiff<br><br>vs<br><br>ROSA PEREZ-PERDOMO in her official capacity as Secretary of the Puerto Rico Health Department,<br>RYDER MEMORIAL HOSPITAL and HOSPICIO SAN LUCAS<br>Defendants | CIVIL 08-1243CCC |

## JUDGMENT

Having considered the Stipulation for Voluntary Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) filed by the parties on April 28, 2009 (**docket entry 42**), the same is APPROVED. Therefore, IT IS ORDERED AND ADJUDGED that this action be and is hereby DISMISSED, without prejudice as to Ryder Memorial Hospital and Hospicio San Lucas.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 12, 2009.

S/CARMEN CONSUELO CEREZO
United States District Judge